UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHANIQUA JANEL GOLDWIRE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CV421-095 |
| ) | |
| SUNSTATES SECURITY, LLC, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

This case was reassigned from the Honorable William T. Moore to the Honorable R. Stan Baker in October 2023. *See* doc. 42 at 3. The Court has since directed the parties to submit, following their Rule 26(f) conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases." Doc. 44 at 2; *see also* doc. 46 at 28. The Amended Rule 26(f) Report filed by the parties does not meet this requirement. Doc. 48.

The non-conforming Rule 26(f) Report is **TERMINATED**. Doc. 48. The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information by April 2, 2024. A copy of Judge Baker's mandated form can be located on the Court's website at

www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Rule 26(f) Report – for use in Judge Baker cases."

**SO ORDERED**, this 26th day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA